UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  Docket No. 18-CR-561 (S-1) (DLI)

KEITH WYCHE,
      also known as "Marco," and
ONEIL ALLEN,
      also known as "James,"               <u>VERDICT SHEET</u>

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

All jurors must agree on the answers to all of the questions. Please indicate your verdict with a check mark (✓).

## **COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Fentanyl)

On the charge of conspiracy to distribute and to possess with intent to distribute one more controlled substances, specifically heroin or fentanyl, we the jury find as follows:

    **As to defendant KEITH WYCHE:**

    Not Guilty _____        Guilty _____


    **As to defendant ONEIL ALLEN:**

    Not Guilty _____        Guilty _____

## **COUNT TWO**
(Distribution of and Possession with Intent to Distribute Heroin and Fentanyl)

On the charge of distributing and possessing with intent to distribute one or more controlled substances, specifically heroin or fentanyl, we the jury find as follows:

**As to defendant KEITH WYCHE:**

Not Guilty _____          Guilty _____


**As to defendant ONEIL ALLEN:**

Not Guilty _____          Guilty _____


## **COUNT THREE**
(Distribution of Fentanyl Resulting in the Death of Vincent Price)

On the charge of distributing a substance containing fentanyl to Vincent Price, the use of which resulted in the death of Vincent Price, we the jury find as follows:

**As to defendant KEITH WYCHE:**

Not Guilty _____          Guilty _____

(Continued on Next Page)

# COUNT FOUR
(Distribution of Fentanyl Resulting in Serious Bodily Injury to Sarah Wieboldt)

On the charge of distributing a substance containing heroin to Sarah Wieboldt, the use of which resulted in serious bodily injury to Sarah Wieboldt, we the jury find as follows:

**As to defendant KEITH WYCHE:**

Not Guilty _____         Guilty _____

**As to defendant ONEIL ALLEN:**

Not Guilty _____         Guilty _____

Dated:   Brooklyn, New York

_____, 2023

_____
Foreperson

3